## EXHIBIT A

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC., a New
Jersey Non Profit Corporation, and RONALD MOORE,
Individually,

        Plaintiffs,

vs.

MCDONALD'S CORPORATION, a
Delaware Corporation, and HHC
CORPORATION, a New Jersey Corporation,

        Defendants.

Case No. 3:17-cv-08528

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

Keith Harris, Esq.
Braff, Harris, Sukoneck & Maloof
570 Mt. Pleasant Ave., Suite 200
Livingston, NJ 07039-0657
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
KHarris@bhsm-law.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199

/s/ I. Michael Kessel

I. Michael Kessel, Esq.
Littler Mendelson, P.C.
One Newark Center, 8th Floor
Newark, NJ 07102
Telephone: (973) 848-4700
Facsimile: (973) 643-5626
mkessel@littler.com
Attorneys for Defendant,
McDonald's Corporation

Date: 3/20/18

Facsimile:  (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiffs*

and

/s/ Neepa P. Patel

Neepa P. Patel, Esq.
Kaufman, Borgeest & Ryan, LLP
9 Campus Drive
Parsippany, NJ 07054
Telephone: (973) 451-9600
Facsimile: (973) 451-1050
npatel@kbrlaw.com
*Attorneys for Defendant*
*HHC Corporation*

Date: _____

Date: 3|20|18

SO ORDERED:

_____
Honorable Brian Martinotti, U.S.D.J.

Dated: _____, 2018